JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-09064-ODW (ASx) | Date | December 15, 2025 |
|---|---|---|---|
| Title | *Juan Valencia v. Dave Mendelson et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On October 2, 2025, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans With Disabilities Act. (Dkt. No. 11.) Among other things, the Order requires Plaintiff to request default "no later than five court days after the time the response to the complaint would have been due." (*Id.* at 2.) The Order cautions that "failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*) According to Plaintiff's Proofs of Service, Defendant Lmpg Enterprises, LLC's response to the Complaint was due by December 4, 2025, and Defendant Dave Mendelson's response to the Complaint was due by December 5, 2025. (*See* Proofs of Service, Dkt. Nos. 14–15.) Although "five court days" have passed, Plaintiff has not requested entry of default as required. Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** this case without prejudice for lack of prosecution. Plaintiff shall submit payment to the Clerk of the Court and file proof of such payment with the Court within two weeks of the date of this order.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                       : 00

Initials of Preparer    SE